CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 9 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| QUENTIN MCLEAN,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:12cv00227 |
| v. | ) ) | **FINAL ORDER** |
| MS. RATLIFF, *et al.*,<br>    Defendants. | ) ) | By:  Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(g); his request to proceed *in forma pauperis* is hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER:  This 24th day of May, 2012.

_____
United States District Judge